CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JAN 22 2013

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

**MELVIN CORNNELL DODSON,**
       **Petitioner,**

                          **Civil Action No. 7:12-cv-00633**

v.

                          **ORDER**

**COMMONWEALTH OF VIRGINIA,**
       **Respondent.**
                          **By:   Hon. Jackson L. Kiser**
                                     **Senior United States District Judge**

In accordance with the Memorandum Opinion entered this day, it is now

### ORDERED

that petitioner's petition for a writ of error coram nobis is **CONSTRUED** as a petition for a writ

of habeas corpus, pursuant to 28 U.S.C. § 2254; the petition for a writ of habeas corpus is

**DISMISSED without prejudice** as successive; a certificate of appealability is **DENIED**; and

this action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum

Opinion to petitioner.

ENTER: This _22nd_ day of January, 2013.

                                     Senior United States District Judge