| | |
|---|---|
| MELVIN CORNNELL DODSON,<br>Petitioner, | Civil Action No. 7:12-cv-00633 |
| v. | **ORDER** |
| COMMONWEALTH OF VIRGINIA,<br>Respondent. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is now

**ORDERED**

that petitioner's petition for a writ of error coram nobis is **CONSTRUED** as a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254; the petition for a writ of habeas corpus is **DISMISSED without prejudice** as successive; a certificate of appealability is **DENIED**; and this action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to petitioner.

ENTER: This 22nd day of January, 2013.

Senior United States District Judge